FRANK DeSTEFANO, JOSEPH J. CRAHAN, ERVILLE MADISON, FREDERIC C. KNAPP, CHARLES J. KLASEK, JR., JOHN J. O'DONNELL, FLOYD PRESETON AND FRANK ERRICKSON, PROSECUTORS, v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY AND CITY OF RAHWAY, RESPONDENTS.

Submitted October 7, 1941—Decided January 5, 1942.

Before Justices BODINE, PERSKIE and PORTER.

For the prosecutors, *Eugene A. Liotta.*

For the Civil Service Commission, *David T. Wilentz* and *Harry A. Walsh.*

For the City of Rahway, *Eugene F. Mainzer.*

PER CURIAM.

The writ brings before us an order of the Civil Service Commission directing an examination for patrolmen in the Rahway police department not limited to chancemen. No harm is done to the chancemen by such an order. The action is presently free from objection. *Albert* v. *Caldwell,* 127 *N. J. L.* 203; 21 *Atl. Rep. (2d)* 782.

The writ will be dismissed.